■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM KRISTOFKA, Appellant.—Appeal by the defendant, as limited by his brief, from a sentence of the County Court, Suffolk County (Namm, J.), rendered February 2, 1987.

Ordered that the sentence is affirmed *(see, People v Ander-*

*son,* 131 AD2d 490). Mangano, J. P., Kunzeman, Rubin, Kooper and Harwood, JJ., concur.